**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

DEC - 3

| | | |
|---|---|---|
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:07cv453 |
| AZHAR HOLDINGS, LLC, et als. | ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This day came the Plaintiff, Harleysville Mutual Insurance Company, by counsel, and represents to the Court that all matters of controversy at the center of this litigation have been resolved without service of process on the Defendants, and therefore moves the Court for an Order dismissing the above-styled civil action. Pursuant to Rule 41 of the Federal Rules of Civil Procedure.

It is hereby **ADJUDGED, ORDERED, and DECREED** that the litigation filed by the Plaintiff, Harleysville Mutual Insurance Company, in the above-styled matter be dismissed.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

ENTERED, this __3__ day of __Dec.__ , 2007.

_____/s/_____
Jerome B. Friedman
United States District Judge

I ASK FOR THIS:

_(signature)_, p.q.

Robert Tayloe Ross (VSB No. 29614)
Robert S. Reverski, Jr. (VSB No. 42383)
Midkiff, Muncie and Ross, P.C.
9030 Stony Point Parkway, Suite 160
Richmond, Virginia  23235
(804) 560-9600 - Telephone
(804) 560-5997 - Facsimile
rross@midkifflaw.com
Counsel for Plaintiff